

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ANTHONY F DEBELLIS 10/21/77 SS 1543

AKA (GIANFRANCO)

Write the full name of each plaintiff.

19 CV 8730 CM

(Include case number if one has been assigned)

-against-

CITY OF NEW YORK, STATE OF NEW YORK

P.O. SOLOMAN 15004, SGT GILBERT 3452, JUAN OSULLIVAN

ALIDIO AIDARONDO, DANIELLE KOVES, ERICK HICKS, JUDGE BERNARD MONAHAN

DAVE LEWIS, Det 48TH NASH, SGT FLYN 6922 PO ALLEN 18909 LT WHITE 858

LAWRENCE GURWITCH

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

# AMENDED
# COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No



RECEIVED
DEC - 5 2019
PRO SE OFFICE

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-19

Rev. 5/20/16



## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒ Violation of my federal constitutional rights

☒ Other:   *NYS CONSTITUTIONAL RIGHTS, HUMAN RIGHTS * DUE PROCESS

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

ANTHONY          F.          DEBELLIS

First Name          Middle Initial          Last Name

GIAN FRANCO DEBELLIS

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

241180413, AMKC RIKERS ISLAND *

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

18-18 HAZEN ST. E. ELMHURST, NY 11370 (AMKC) *

Current Place of Detention

18-18 HAZEN STREET          (AMKC) RIKERS ISLAND

Institutional Address

E. ELMHURST          N.Y.          11370

County, City          State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☒ Other:   *AWAITING HEARING FOR NEWLY FOUND EVIDENCE
OF A VINDICATING/EXONORATING NATURE.*

Page 2



## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

SOLOMAN                     15004

First Name        Last Name              Shield #

POLICE OFFICER

Current Job Title (or other identifying information)

350 MARCONI STREET

Current Work Address

BRONX            NY            10461

County, City        State          Zip Code

Defendant 2:

GILBERT        3452

First Name        Last Name              Shield #

SGT. POLICE DEPARTMENT

Current Job Title (or other identifying information)

350 MARCONI STREET

Current Work Address

BRONX            NY            10461

County, City        State          Zip Code

Defendant 3:

JUAN        OSULLIVAN

First Name        Last Name              Shield #

NYC DOITT EMPLOYEE

Current Job Title (or other identifying information)

350 MARCONI STREET

Current Work Address

BRONX            NY            10461

County, City        State          Zip Code

Defendant 4:

BERNARD        MONAHAN

First Name        Last Name              Shield #

NYC DOITT EMPLOYEE

Current Job Title (or other identifying information)

350 MARCONI STREET

Current Work Address

BRONX            NY            10461

County, City        State          Zip Code

Page 3

5

DEFENDANT: BE ALIPIO ALDIARONDO
JOB TITLE: CUSTODIAN Level 3 NYC. DCAS
LOCATION: 350 MARCONI STREET, BRONX NY 10461


DEFENDANT:6   DANIELLE KOUES
JOB TITLE: ASSISTANT DISTRICT ATTORNEY
LOCATION: 198 E. 161ST BRONX, NY 10451


DEFENDANT 7: ERICK HICKS
JOB TITLE: DISCIPINARY Counsel, NYC, DCAS
LOCATION: 1 CENTRE St. 17th FLOOR NY, NY 10007


DEFENDANT 8: DAVE LEWIS
JOB TITLE: JUDGE / BRONX HALL OF JUSTICE, PART 23
LOCATION: 265 E. 161ST STREET, BRONX, NY 10451


DEFENDANT 9: SGT. FLYN #858
JOB TITLE: SGT FOR NYC POLICE DEPARTMENT
LOCATION: 350 MARCONI ST. BRONX NY 10461 OR 49th Pct. Bronx


DEFENDANT 10: Detective NASH
JOB TITLE: DETECTIVE NYC Police Department
LOCATION: 48th PRECINT, BRONX NY


*DEFENDANT 11 +12: P.O. Justin ALLEN 6922 + LT. WHITE 18909
JOB TITLE: NYC Police Department officer + LT
LOCATION: MOTORCYCLE PRECINT #1 (HWY1) BRONX, NY      JUST OFF BRONX RIVER PARKWAY

*TURN OVER 5

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: 350 MARCONI ST. BRONX, NY, BRONX HALL OF JUSTICE 265 E-161ST ST. BRONX, NY 10451
BRONX RIVER PKWY + ALLERTON AVE BRONX NY 10467, RIKERS ISLAND

Date(s) of occurrence: APP. 7/20/17, 7/23/17, 7/25/17, 7/2018, 9/19/18, 3-4/2019 ETC.
7/24/17   8/2/17   9-3-19 - 11/19 CURRENT

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

* Please BARE with me as this case is extremely complicated * I TRULY NEED ATTORNEY ASSISTANCE I Believe I was FRAMED FOR STEALING city property because I had reported Corruption on or about 9/14 to superiors. After being out for injury for NEARLY A year I returned to work AT 350 MARCONI St. in the Bronx AND IT WAS supposed to BE TEMPORARY. THE HOURS WERE LATE AT NIGHT AND THE VERY FIRST NIGHT IN THE OFFICE APP 7/1/17 I WAS illegally photographed by *ALIPIO ALDARONDO*. THESE illegal pictures were sent to the MAIN OFFICE. THE City WAS WELL AWARE I WAS UNDER HEAVY MEDICATION WHILE OUT ON INJURY AND IT WAS USED TO BEGIN THE CORRUPTION. THREE WEEKENDS OF WORK PASSED AND ON THE 4th MY SUPERVISOR JAMES FOSTER CALLED ME TO REPORT APP 7/20-23/17. I WAS MET AT THE DOOR BY *SGT. FLYN*, *P.O. SOLOMON* (SIEZED + ARRESTED W/O Probable CAUSE). Humiliated, Searched + Arrested, belongings dumped on the Floor Right there IN THE LOBBY, THEN TAKEN TO A BACK ROOM WHERE I WAS MET BY *SGT. GILBERT, ERICK* *HICKS. HICKS MADE ME SIGN SOME DOCUMENT RELATING TO SUSPENSION. THE WEEKEND BEFORE WHILE WORKING IN THE BUILDING I WAS MET BY JUAN O'SULLIVAN* who had CLAIMED I WAS IN HIS OFFICE W/O PERMISSION BECAUSE HIS BAG HAD BEEN KNOCKED OVER AND HE HAD ASSUMED I WAS ATTEMPTING SOME ILLEGAL ACTIVITY. *GILBERT LATER STATED SHE SAW ME IN THE EMPLOYEE LOUNGE THAT EVENING OF APP 7/17/17 AND SHE HAD NEVER SEEN ME BEFORE. AFTER BEING PROCESSED I WAS RELEASED W/O BAIL DUE



TO THE CIRCUMSTANCES. ABOUT 3-4 DAYS LATER APP 7/25/17 A MASSIVE POLICE FORCE CAME TO MY MOTHERS HOUSE LEAD BY Detective NASH of the 48th Pct AND SGT. FLYN of the 49th Pct, GUNS DRAWN, I CAME TO THE DOOR AND WAS ARRESTED. THE HOME WAS WHERE I HAD BEEN LIVING WITH MY MOTHER AND SISTER WAS *ILLEGALY SEARCHED* (THERE IS PHOTOGRAPHED EVIDENCE AND WITNESS ACCOUNT OF THE SEARCH) AGAIN ASKED WHAT I HAD DONE AND GIVEN NO ANSWER. SGT. FLYN SEARCHED with THE OTHERS, AND IT WAS LATER DETERMINED THEY WERE LOOKING FOR THE MISSING

**INJURIES:** CITY EQUIPTMENT AND A FIREARM* (NOTHING WAS RECOVERED AND NO WARRANT PRODUCED) *

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

*I ENDURED EXTREME MENTAL TRAMA, ANGUISH, HUMILIATION MENTAL ILLNESS, EMOTIONAL DISTRESS, FAMILY MOMENTS + MY CHILDRENS MILESTONES THAT ARE PRICELESS AND IRREPLACEABLE. AND ANY OTHER TRAMA EMOTIONAL + FINANCIAL THAT I MAY HAVE NOT MENTIONED. *

*ALSO PHYSICAL INJURY DUE TO SLEEPING ON A METAL FRAME/W IMPROPER MATRESS *

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

*I AM RESPECTFULLY REQUESTING A WRITTEN APOLOGY AND APP. $ 25,000,000.00 IN MONETARY DAMAGES *

*CONTINUED STATEMENT OF CLAIM*

NOW WE HAVE TWO ARRESTS W/O PROBABLE CAUSE, ILLEGAL SEARCHES + SEIZURES, HUMILIATION, MENTAL ANGUISH, TRAMA, ETC. A CAB DRIVER ALLEGED HE WAS ACCIDENTLY SHOT AND THE PERPATRATOR CAME FROM THE VICINITY OF MY HOME. MY SISTERS BOYFRIEND WAS ARRESTED AND QUESTIONED, THEN RELEASED, THE DRIVER WAS SHOWN A PHOTO OF ME AND I WAS NOT *
*IDENTIFIED. SUSPICOUSLY THE NEXT DAY I WAS PICKED FROM A LINE-UP. (A POLICE LINE-UP) *ALSO
*DET. NASH AND OTHERS SEARCHED MY *PHONE* W/O A PROPER WARRANT.* AT THIS POINT I AM NOW SENT TO JAIL. I WAS VISITED BY ATTORNEY LAWRENCE GURWITCH OF LEGAL AIDE, AND Mr. GURWITCH STATED TO ME I WAS "FUCKED" AND I SHOULD JUST TAKE THE 2 YEAR OFFER AND BE DONE WITH IT. HE SAID THE JUDGE WAS NOT ONE TO PLAY WITH AND THAT IF I WENT TO TRIAL I WOULD SURELY GET THE MAX OF 15 YEARS OR MORE. RELUCTANTLY, THINKING OF MY WIFE AND CHILDREN AND UNDER EXTREME DURESS, I AGREED AND PLEADED GUILTY! THE NEXT MONTH AT SENTENCING ON 9/20/17, I REALIZED THAT I WAS MAKING A BIG MISTAKE, MOST IMPORTANTLY BECAUSE I WAS INNOCENT. I ASKED FOR Mr. GURWITCH TO BE REMOVED AND WITHDREW MY PLEA. I SPENT THE NEXT 8 MONTHS IN JAIL EXTREMELY DEPRESSED, ANGRY ETC. IN MARCH OF 2018, DUE TO LACK OF EVIDENCE I WAS RELEASED ON BAIL. DURING THIS TIME AT HOME I TRIED TO REPAIR ALL THE →

→ DAMAGE THAT HAD BEEN DONE. I HAD BEGUN NEGOTIATING WITH ERICK. HICKS OF DCAS TO RETURN TO WORK, BUT THE DEMANDS OF THE CITY WERE TOO GREAT UNDER THE CIRCUMSTANCES. I WOULD NOT WAIVE ALL MY RIGHTS ESPECIALLY BECAUSE I WAS INNOCENT. IN SEPTEMBER APP. THE 18TH OR 19TH OF 2018 FINANCIAL STRAIN BOILED OVER AND MY WIFE AND I HAD A FALL OUT OVER MONEY. I HAD DECIDED TO TAKE A LICENSED FIREARM I HAD AND BRING IT TO A NYC POLICE PRECEINT TO TURN IT IN FOR APP.$200 GIFT CARD.*FIRST, IT SHOULD BE CONFIRMED APP. JULY 26, 2018 I RECIEVED NOTICE IN THE MAIL FROM ERICK HICKS UNDER NYC THAT AFTER 15 YEARS OF SERVICE, I HAD BEEN TERMINATED. BECAUSE OF THE CIRCUMSTANCES OF EARLIER INCIDENTS.* THE VEHICLE I WAS TRAVELING IN APPARANTLY HAD A SUSPENDED REGISTRATION AND PULLED OVER, THE OFFICER * JUSTIN ALLEN, THEN SHORTLY AFTER LT.WHITE LIED ABOUT PULLING ME OUT OF THE VEHICLE, (PROVEN) BY PAPERWORK, TURNED OFF THERE BODY CIAMERAS* *(AS REQUIRED BY NYPD PROTOCOL),* ILLEGALLY SEARCHED THE CAR W/O A WARRANT AND 2 HOURS AFTER THE SEARCH SUDDENLY FOUND THE WEAPON. WHILE IN THE BACK OF THE CAR I TOOK MEDICATION I HAD AND TOOK IT. AFTER I WAS PULLED OUT OF THE VEHICLE AND SEARCHED AGAIN →

→ WHILE CUFFED, AND ONE OF THE OFFICERS, LT.
WHITE, SLID HIS HAND DOWN MY BACKSIDE
AND INSERTED HIS FINGER INTO MY ANAL
CIAVITY, LATER AT THE TRIAL AFTER MULTIPLE COMPLAINTS
I WAS THREATEND BY JUDGE DAVE LEWIS NOT
TO SPEAK OF IT AT ALL OR THERE WOULD
BE SERIOUS CONSEQUENSES. I WOULD SPEND
ANOTHER 8-9 MONTHS IN JAIL BEFORE TRIAL
WAS TO COMMENCE FOR INDICTMENT 510/2018
*(THE ARREST AT 350 MARCONI, MY EMPLOYMENT) ADA*DANIELLE
*KOVES WAS THE PROSECUTOR FROM THE BEGINING
WHEN GURWITCH MADE THE THREAT IN 8/2017. NOW
ITS MARCH 2019, AND IT WASENT UNTIL THEN I WAS
MADE AWARE THAT THE*DISTRICT ATTORNEY WAS WITH-
HOLDING EVIDENCE THAT COULD HAVE EXONORATED ME
FROM EVEN*BEFORE THE ARREST IN JULY
*2017. SGT GILBERT WAS ONE OF THREE INDIVIDUALS
WHO WENT INTO THE OFFICE AFTER ME(BERNARD
MONAHANS OFFICE)*ON THE NIGHT IN QUESTION AND
*MS. KOVES REFUSED TO TURN IT OVER, AND GILBERT
ACTUALLY TESTIFIED AGGWINST ME AT THE TRIAL, AS WELL
AS ALIPIO ALDARANDO, BERNARD MONAHAN, JUAN OSUNIVAN,
SOLOMAN, GILBERT. I WAS INNOCENT AND NEEDLESS TO SAY
ACQUITTED ON APRIL 4th, 2019. I BELIEVE KOVES TOOK
THIS LOSS VERY PERSONAL AND AS A RESULT THE
JUDGE WAS CHANGED TO A PROSECUTOR FAVORING
JUDGE DAVE LEWIS, "HE ADMITTED THIS ON THE RECORD"→

→ AFTER THE ACQUITTAL I WISHED TO IMMEDIATELY MOVE TO TRIAL ON INDICTMENT *638/2018, THE ALLEGED ACCIDENTAL SHOOTING* I WAS ARRESTED ON THIS CASE WITH NO PROBABLE CAUSE, VIOLATED, ILEGALLY SEARCHED ETC., NO EVIDENCE WHATSOEVER. I WAS TRICKED INTO THINKING THAT TRIAL WAS TO BEGIN ON 638 AND INSTEAD THE LAST MINUTE MS. KOVES SWITCHED INDICTMENTS TO 2125 of 2018, THE ILLEGAL SEARCH, ARREST AND SEXUAL VIOLATION CASE. IN THIS TRIAL THE JUDGE VIOLATED MULTIPLE CONSTITUTIONAL RIGHTS, AS PER FAIR TRIAL, BEING IMPARTIAL, COACHING ADA KOVES, WITNESSES, ETC. AGAIN THIS IS ALL ON THE RECORD. *KOVES USED ILLEGAL EVIDENCE IN THE TRIAL* (A TEMPORARY ORDER OF PROTECTION THAT WAS INVALID)* TO PERSWAY THE JURY INTO THINKING I WAS POSSESSING THE FIREARM ILLEGALLY. IT WAS IN A BAG ON THE PASSENGER SEAT (People vs. Torres) AND NOT SUBJECT TO SEARCH* (NO BODY CAM FOOTAGE)* THERE WAS ALSO DNA TAMPERING WHICH I CAN PROVE, AND MOST IMPORTANT THE JUDGE SINGLE HANDIDLY MANIPULATED THE JURY, AND THERE IS A WITNESS WHO OBSERVED THE TRIAL, MY SISTER SUSANNA DEBELLIS. SHE ALSO WITNESSED THE ILLEGAL SEARCH OF THE HOME IN 2017. I WAS CONVICTED AND SENTENCED TO 7 YEARS IN PRISON FOR A FIRST TIME FELONY OFFENSE. VIOLATION OF 8th AMENDMENT, *CRUEL + UNUSUAL PUNISHMENT, ABUSE OF DISCRETION AND PROCESS.* NOW WITH THE →

→ SAME JUDGE (LEWIS) AND SAME ADA ( KOUES ) I AM SUPPOSED TO GO TO TRIAL ON INDICTMENT 638. I HAVE ALREADY BEEN INFORMED BY MY ATTORNEY SCOTT CELESTIN THAT THE ADIA IS TAMPERING WITH WITNESSES AND MANUFACTORING EVIDENCE THAT PREVIOUSLY DID NOT EXIST. NOT TO MENTION THE THREAT OF 15 years MORE ON TOP OF THE 7 years ALREADY GIVEN. *90 Percent OF these ALLEGATIONS CAN BE CLEARLY PROVEN. I DESPERATELY NEED ASSISTANCE. I HAVE EVEN THOUGHT OF SUICIDE, TO PUT THIS SUFFERING TO AN END, BUT I THINK OF MY CHILDREN. I HAVE SENT MULTIPLE COMPLAINTS TO THE HEAD DA CLARK, THE HEAD JUDGE, ATTORNEY GRIEVANCE COMMITTEE, JUDICAL CONDUCT COMMITTEE, BAR ASS., US ATTORNEYS OFFICE, ETC.

SOLOMAN AND FLYN VIOLATED MY CONSTITUTIONAL RIGHTS BY ARRESTING ME W/O PROBABLE CAUSE AND/OR CONSPIRED IN A COVER-UP OF SGT. GILBERTS CONDUCT SINCE MONAHAN REPORTED THE MISSING EQUIPMENT. SULLIVAN AND ALDARANDO TESTIFIED COMPLETELY FALSE AND MALICOUSLY AS DID GILBERT. ADA KOUES WAS AWARE FROM THE BEGINING SHORTLY AFTER ARREST BUT CONTINUED TO PROSECUTE EVEN AFTER VIEWING THE TAPE OF GILBERT, FLYN DAYS LATER ASSISTED BY NASH AGAIN ARRESTED ME W/O PROBABLE CAUSE SEARCHED MY HOME W/O A WARRANT LOOKING FOR THE EQUIPTMENT WITH THE EXCUSE OF LOOKING FOR A FIREARM, UNLAWFULLY IMPRISONED FOR ALMOST A YEAR AWAY FROM MY WIFE AND CHILDREN, →

**ALL CONSPIRED TO ASSIST ADA KOUES WIN CONVICTIONS FOR CAREER ADVANCEMENT

→ MISSING IMPORTANT milestones along the way that I cannot get back.

* Hicks TERMINATED my Employment before the Resolution of the case(s).

* ILEGAL CONDUCT BY OFFICERS ALLEN + WHITE LEAD TO ANOTHER UNWANTED INCARCERATION, EMOTIONAL DISTRESS, MENTAL ILLNESS, NIGHTMARES, ETC.

* ADA KOUES *BRADY VIOLATION, BLATANT USE OF *INVALID EVIDENCE, POSSIBLE SEXUAL RELATIONS WITH JUDGE LEWIS*(BEHAVIOR WITNESSED IN COURT)* TAMPERING WITH WITNESS, PUT FAMILY IN DANGER* ATTEMPTING TO COERCE KNOWN DRUG DEALER, ADMITTED BY ATTORNEY CELESTIN.* I KNOW THERES more, please assign a attorney to Help me with this as my family is suffering as well. They are being evicted 12/6/19 from the home I purchased for them.

* AMENDMENT, 1,2,4,5,6,8,14 VIOLATED*

Very Truly Yours

Anthony DeBella.

* DATES, 7-20-17, 7-23-17, 7-25-17 8-2-17, 9/18, 3/19, 4/19, 9/19, 10/19, 11/19

* TO CURRENT CONTINUATION OF VIOLATIONS AS I AM STILL WRONGFULLY imprisoned *

* I HAVE A NOTEBOOK FULL OF NOTES TAKEN ALONG THE WAY *

PERTAINING TO
IND. 2125/2018

**SUPREME COURT, APPELLATE DIVISION**
**FIRST JUDICIAL DEPARTMENT**
**ATTORNEY GRIEVANCE COMMITTEES**
**61 BROADWAY, 2ND FLOOR**
**NEW YORK, NEW YORK 10006**
**(212) 401-0800**

*CC: FBI, All CLERKS
IN 5 BOROUGHS

Jorge Dopico
Chief Attorney

DATE: 9/30/19

**ATTORNEY COMPLAINED OF:**

Mr.() Ms.() Mrs.() __Koves__ __Danielle__ _____
                    Last           First         Initial

**Address:** __215 EAST 161st STREET__     Apt. No. _____
__BRONX__ __NEW YORK__ __10451__
       City              State         Zip Code

**Telephone:** Home: ( ) _____   Office: ( 718 ) 590-2000
        Cell : ( 203 ) 858-3632   Email Address: _____

**YOUR NAME/INFORMATION (Complainant):**

Mr.(X) Ms.() Mrs.() __DEBELLIS__ __ANTHONY__ __F__
                    Last          First        Initial

**Address:** __2420 LURTING AVE.__     Apt. No. PH.
__BRONX__ __NEW YORK__ __10469__
       City              State         Zip Code

**Telephone:** Home: ( 845 ) 600-5970   Office: ( ) _____
        Cell : ( 347 ) 480-0973   Email Address: antdeb2006@aol.com

*********************************************************************

**Complaints to other agencies:**

Have you filed a complaint concerning this matter with another Bar Association, District Attorney's Office or any other agency:

If so, name of agency: *D.A. CLARK, Depart. Disciplinary Committee 1st depart.

Action taken by agency: UNKNOWN AT THIS TIME

*********************************************************************

**Court action against attorney complained of:**

Have you brought a civil or criminal action against this attorney? YES

If so, name of court: FEDERAL ACTION 1983 500peart Index No. UNKNOWN NOW

*********************************************************************

1.   **PLEASE SEND THE ORIGINAL PLUS ONE COPY OF YOUR COMPLAINT. PLEASE INCLUDE TWO COPIES OF YOUR SUPPORTING DOCUMENTS. DO NOT send your original supporting documents because we will not return them.**

2.   You may copy the enclosed form as many times as you wish, or you may find it online. Our website link is:
    http://www.nycourts.gov/courts/AD1/Committees&Programs/DDC/index.shtml

3. You may also state your allegations in a letter. We request separate complaint forms/letters for each attorney in question.

**PLEASE PRINT LEGIBLY OR TYPE IN ENGLISH** ✸440. Denied✸

Start from the beginning and be sure to tell us why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Please attach <u>copies</u> of all papers that you received from the attorney, if any, including a copy of <u>ANY RETAINER AGREEMENT</u> that you may have signed. <u>DO NOT FORGET TO SEND AN ORIGINAL AND ONE COPY OF THIS COMPLAINT AND ENCLOSURES.</u>

✸4th Amendment Violation✸

I BELIEVE AFTER A FULL ACQUITAL IN MARCH 2019, ADA KOVES HAS SINCE MISLEAD THE PEOPLE IN HER WAYS OF PROSECUTION, MALICOUSLY PROSECUTED ME IN INDICTMENT 2125/2018, AFTER PROVIDING LEGITIMENT INFORMATION THAT COULD HAVE PROVEN INNOCENCE, SHE DISREGARDED. SHE CONSPIRED WITH ALEX SANCHEZ, MY ATTORNEY AND JUDGE DAVE LEWIS WHO I BELIEVE MS. KOVES IS HAVING A AFFAIR. THERE IS NO DOUBT AFTER WITNESSING MY TRIAL, THERE IS ILLEGAL, IMPROPER, PREJUDICE, BIAS CONDUCT. THE CONSTITUTION AND INTEREST OF JUSTICE MEAN NOTHING TO MS. KOVES AND HER COHORTS. I WILL REQUEST FEDERAL OVERSIGHT AND MS. KOVES BE REMOVED FROM MY CASE RESPECTFULLY.     Previous Trial)

KOVES MADE FALSE STATEMENTS, ALTERED EVIDENCE, BRADY VIOL. IMPROPER CONDUCT
DANIELLE KOVES, MALICOUS PROSECUTOR IN EVERYWAY,
JILLIAN C., COHORT TO KOVES ✸NO IMMUNITY
✸JAMES BRENNEN, Listen, husband+wife conversation✸
JUDGE DAVE LEWIS, Sexual Affair with koves Alleged
✸✸ ALEX SANCHEZ ✸ CONSPIRED WITH HIM FOR UNFAIR TRIAL
✸DRUG DEALER COVER-UP✸ ✸Conspired/w Judge✸
✸ I will GO to the MEDIA with this information✸ ✸Asked for 9 years, Malicous
✸ koves has no interest in "the interest of Justice"
✸DNA PLANTED ON WEAPON✸ OR FAIRNESS

UNSIGNED COMPLAINTS WILL NOT BE PROCESSED.

Signature

✸ NY vs. Torres ✸
✸ Coolidge vs. New Hampshire ✸ BUCKLEY vs. FITZSIMMONS ✸   ALTERED EVIDENCE
NO IMMUNITY

PERTAINING TO
IND 2125/2018

**SUPREME COURT, APPELLATE DIVISION**
**FIRST JUDICIAL DEPARTMENT**
**ATTORNEY GRIEVANCE COMMITTEES**
61 BROADWAY, 2ND FLOOR
NEW YORK, NEW YORK 10006
(212) 401-0800

*CC: FBI, All CLERKS
IN 5 BOROUGHS

Jorge Dopico
Chief Attorney

DATE: 9.23.19

**ATTORNEY COMPLAINED OF:**

Mr.( ) Ms.( ) Mrs.( )  Sanchez                    Alexander
                        Last              First              Initial

Address:  860   GRAND CONCOURSE                              Apt. No. _____
          BRONX                  New York              10451
                City                    State              Zip Code

Telephone:  Home: ( ___ )_____        Office: ( ___ )_____
            Cell : (917) 716-6330        Email Address: _____

**YOUR NAME/INFORMATION (Complainant):**

Mr.(X) Ms.( ) Mrs.( )  DeBellis                   Anthony          F
                        Last              First              Initial

Address:  2420 WRTING AVE                                   Apt. No. PH
          BRONX                  New York              10469
                City                    State              Zip Code

Telephone:  Home: (347) 480-0973        Office: ( ___ )_____
            Cell : (845) 600-5970        Email Address: antdeb2006@aol.com

*************************************************************************

**Complaints to other agencies:**

Have you filed a complaint concerning this matter with another Bar Association, District Attorney's Office or any other agency:

If so, name of agency: Departmental Disciplinary Committee 1st Department

Action taken by agency: UNKNOWN

*************************************************************************

**Court action against attorney complained of:**

Have you brought a civil or criminal action against this attorney? NOT YET!

If so, name of court: _____    Index No. _____

*************************************************************************

1.    PLEASE SEND THE ORIGINAL PLUS ONE COPY OF YOUR COMPLAINT. PLEASE INCLUDE TWO COPIES OF YOUR SUPPORTING DOCUMENTS. DO NOT send your original supporting documents because we will not return them.

2.    You may copy the enclosed form as many times as you wish, or you may find it online. Our website link is: http://www.nycourts.gov/courts/AD1/Committees&Programs/DDC/index.shtml



## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11-18-19 | | DeBellis |
|---|---|---|
| Dated | | Plaintiff's Signature |

| Anthony | F | DeBellis |
|---|---|---|
| First Name | Middle Initial | Last Name |

Rikers Island (AMKC) 18-18 Hazen Street
**Prison Address**

| East Elmhurst | New York | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 11/20/19

Page 6

I HAVE NO OMNIBUS RESPONSE OR ANY OTHER PAPER WORK EVER ON THIS OR ANY CASE * * 440.10 Denied

3. You may also state your allegations in a letter. We request separate complaint forms/letters for each attorney in question.

**PLEASE PRINT LEGIBLY OR TYPE IN ENGLISH**

Start from the beginning and be sure to tell us why you went to the attorney, when you had contact with the attorney, what happened each time you contacted the attorney, and what it was that the attorney did wrong. Please attach <u>copies</u> of all papers that you received from the attorney, if any, including a copy of <u>ANY RETAINER AGREEMENT</u> that you may have signed. <u>DO NOT FORGET TO SEND AN ORIGINAL AND ONE COPY OF THIS COMPLAINT AND ENCLOSURES.</u>

* 4th Amendment Violation *

Mr. Sanchez Conspired with ADA Danielle Koues and Judge Dave Lewis to wrongfully convict me of a Violent Felony. I was also sexually assaulted by a member of the NYPD, wich was covered up. Judge Lewis belittled, demeaned, abused Mr. Sanchez in open Court in front of the Jury. Ineffective ASSISTANCE OF COUNSEL WAS CONFIRMED WHEN JUST SEVERAL MINUTES AFTER THE GUILTY VERDICT, HE IMMEDIATELY REQUESTED TO BE REMOVED, BECAUSE OF A BREAKDOWN OF COMMUNICATION. THE TRUTH IS HE WAS ACCUSED OF INEFFECTIVE ASSISTANCE AND BECAME OFFENDED. I Believe The outcome of the case would have been different with a different attorney. He also consented to DNA when my DNA was ALREADY ON FILE, wich means it was put on the evidence. Mr. SANCHEZ ALSO STATED TO ME THAT JUDGE LEWIS WAS/IS RACIST AGAINST BLACKS. SANCHEZ DID NOTHING TO STOP KOUES + LEWIS TO DESTROY MY LIFE, PLEASE HELP!! PREVIOUS TRIALS ADA KOUES ALTERED EVIDENCE, FALSE STATEMENTS BRADY VIOLATION

3. *SANCHEZ GAVE ME NO PAPERS IN TWO YEARS
Appointed by Court. REPEATEDLY ASKED FOR PAPERS, DISCOVERY, OMNIBUS, etc.* I DONT EVEN

*ALWAYS UNPREPAIRED *I HAVE A COPY OF the INDICTMENT! FOR COURT* *ABUSED DISCRETION BY JUDGE*

* SANCHEZ TOLD MY MOTHER "I look like white supremicist"

* Deprived FAIR TRIAL* *DNA PLANTED ON WEAPON*

UNSIGNED COMPLAINTS WILL NOT BE PROCESSED.

NYS vs. TORRES

COOLIDGE vs. NEW HAMPSHIRE

Signature

\* I was forced to Concede to being a predicate Felon in order to upgrade charges, or else jury would have been informed, I am not a Predicate
\*\*\*\* willing to take polygraph \*\*\*\*

Departmental Disciplinary Committee for                                        9/30/19
The First Department.

ATTORNEY MisConduct:                                    IN GOD WE TRUST
                                                                            Juras PRUDICE

ALEXANDER SANCHEZ
860 GRAND CONCOURSE BRONX, New York
\*\* ALLOWED BRADY VIOLATION \*\*

ABUSED        JUDGE DAVE LEWIS
Discretion    PART 23, BRONX HALL OF JUSTICE.
Disgrace to   \*ALLOWED BRADY VIOLATION
his OATH +    People of New York vs. Anthony DeBellis IND. 2125/2018
Bench \*                                         \* MISCARRIAGE
                                                            OF JUSTICE \*
To Whom it May Concern with Respect
To The Sacred Justice System of The United States:

        THE Conduct of these two Attorneys in
the above captioned Indictment must be one of
the worst Judicial tragedies in recent history. Judge
Lewis should be Disbarred and arrested for his conduct
and Sanchez the same. Sanchez violated his duties
of Candor, Confidentiality, Ethics etc. The Judge is
RACIST and I believe having a SEXUAL affair
with ADA Danielle Kaves. I am/was a licensed
Gun Owner in the State of New York, Florida and
others, Convicted of a C violent Felony wrongfully,
UNJUSTLY, UNFAIRLY, BIASLY, PREJUDICELY
THE RECORD WILL SPEAK FOR ITSELF.
THE Judge and Sanchez conspired to

\* Sanchez stated to My mother "I look like white supremacist "

\* ALLOWED BRADY VIOLATION \*

elevate the career of ADA Danielle koues who is considered a "Rookie" with only 4 years experience. I was already tried for a 8 Count Indictment in March in front of ADA KOUES and rightfully acquitted of all charges. Without a doubt this case 2/25/2018 Was outright revenge and she was not alone. Her win was assisted by the Judge in the most disgusting of ways, Absolute PREJUDICE. LEWIS literally turned the Jury against the defense. Not only did I know that the Judge was bias, I knew from the begining with the Mapp hearing. He coached Ms. koues and even said "Dont expect me to do this during the trial," Sadly he did. Sanchez assisted also with Jury selection especially, knowing I was not present and the unfair issues I had with ACS, he elected to choose an ACS worker on the Jury. When Sanchez should have objected to the many of prejudice, bias against me at trial, he did not. The CASE WAS SO PREJUDICE AND BIAS I WAS LITERALLY DEPRIVED OF A FAIR TRIAL. This con be proven when several minutes after the verdict, Sanchez immediately asked to be removed because of alleged hostility and a breakdwn in commencation. However He neglected to mention what the allegation

✱ 4th AMENDMENT, 2nd Amendment, Disregarded

✱ I HAVE NO PAPERS FOR 638/2125, NO INDICTMENT

✱ ALLOWED BRADY VIOLATION ✱

was on the record. It was that he was obviously Ineffective Assistance of Counsel. There is so much evidence of misconduct, inappropriate Conduct, its disturbing. Finally I was also deprived Religous Comfort when Judge Lewis Ordered Sanchez to tell me to remove my ROSARIES, wich I was holding for some comfort, "IN GOD WE TRUST" does not apply to part 23 in the bronx under Lewis' rule, with ADA Koves and Alex Sanchez in the room. Please investigate and contact the appropriate authorities as I will about this Improper, BIAS, PREJUDICE ILLEGAL Contact. They all violated the OATH TO UPHOLD THE CONSTITUTION OF These GREAT UNITED STATES.

Very Truly Yours

Anthony DeBellis

Discretion ABUSE ✱

P.S. I WAS Sexually ASSAULTED, and Then TREATED WITH GREAT HOSTILITY AND THIS POLICE MISCONDUCT WAS NOT ALLOWED AT TRIAL.

18-18 Hazenst (2411804153)
E. ELMHURST, NY, 11370

347-480-0973 / Disgracefull

✱ My Sister Susanne DeBellis witnessed several days worth of Judge Lewis, Koves and Sanchez' Conduct

# * ILLEGAL SEARCH + SEIZURE *
## * Alleged BRADY Violation *

I AFFIRM THAT THE FOLLOWING

NYS
&
ORRES

CONSTITUTIONAL RIGHTS WERE VIOLATED AND WILL AGAIN BE VIOLATED IN INDICTMent 638 BY ADA. DANIELLE KOVES AND JUDGE DAVE LEWIS OF PART 23, Bronx

COOLIDGE

HALL OF JUSTICE.

V
NEW HAMPSHIRE

AMENDMENT # 1, 2, 4, 5, 6, 8, 14.

* The Conduct of these individuals to a licensed Gun Owner is a absolute disgrace to Our beloved Justice System, and a SPIT in the face to the founding fathers of our Wonderful Country. Please do everything in your power to help me in this tragedy of Justice. I am facing 15 years in prison for a legally purchased weapon and a lifetime of prejudice of being a Convicted Violent Felon. I am a father and husband who has always taken care of his family! Everyone knows the circumstances.

* Judge Lewis Coached Koves and one witness about science.

* Koves HAD one thing in mind "REVENGE." Knowing the circumstances of my life and knowing well I am not a criminal. She mislead the Court, JURY, etc.

* Sanchez must owe something to Lewis as he allowed Lewis to continually embaress, belittle, demean, degrade him with and without the Jury present. There was absolutely NO JUSTICE DONE HERE! * DNA PLANTED ON WEAPON *

*4th Amendment Violation*          People vs. DeBellis          Police Misconduct / Sexual assault

SANCHEZ   ALLOWED BRADY VIOL.   Indictment 2125/2018

*1. NO Paperwork until, 9/10/19 *

2. Requested Removal just several minuates after verdict.
Alleged Hostility, Allegations by email were ineffective assistance claims.          * C, Violent/with intent use unlawfully ag. another

3. Pursuaded character witness to not testify. time elapsed since talking does not justify anything. (20 yr old Ahmad in)*

*4. Always unprepared     / ALLOWED IMPROPER CHARGES

*5. DNA on file, no need to consent.* DNA Put on Gun *

*6. Allowed himself to be belittled by Judge

*7. Chose ACS worker for Jury, knowing continuing issues (when asked? stated "you should have been there"

8. Stated Judge is Racist, mistreats Afro-American staff.

MANUEL* vs          * COOLIIDGE vs NEW HAMPSHIRE *

City of Joliet          *Perjury/misconduct by ALLEN, Gun was in bag, bag on Pass. Seat.          * New York vs. Torres, Miguel *

People* vs odriguez          KOUES / MOTIVE FOR MALICOUS

*1. Already tried case, aqcuitted, motive for malice.

2. Appears to be personal motive / career advancement

3. Possible Sexual Relationship /w Judge

4. Mislead Witnesses/

*5. Subtitles to video / ALTERED EVIDENCE *          (440.10)

          *SEX ASSAULT*
          by White or Plain cloths

VIDEO OF HOSTILITY TOWARDS END          Judge Lewis     ALLOWED IMPROPER CHARGES *(BARREN PERformance)*

*①. PREJUDICIAL Conduct/In front of Jury   ④ Mistreating Defense

② Possible Sexual Relationship/ Koues in front of Jury

③ Coaching Koues, witnesses   ⑤ Racist against staff

*⑥ Pursuaded Jury against Defense * BIAS *

Re-open Suppression W * Fruit of the Poisonous Tree * * Sandoval Hearing Prejudice *

* All Other Motions *

9/16/19   DUCES TECUM   * Omnibus etc.

People vs. * NYSID 7783088Q *

Mistrial, grounds Ineffective Assistance of Counsel.

Carver * STRICKLAND TEST or Cronic STANDARD *

why agree to DNA NO PRINTS, CAR absent mine US vs Cronic, Constructive denial,

Circumstances so unfair that ineffective assistance and prejudice can be presumed. / BARREN PERFORMANCE Act by Judge

??. * Unfair Trial, Judge is "BIAS" *

Conspiracy / Coaching of ADA and Witnesses

2nd 3rd 4th 5th * Tell Jury about Sexual Molestation. * PARTIAL Discovery 9/10/19

* Religous discrimination *

* Judge Mocking Sanchez, Objections to opening.

Recite your Statm * ~~presented in Court~~ * AND AT TRIAL

Article 13 * Violated "Duty of Candor" * NYS Judicial Conduct 212-809-0566

Curt * BREAKDOWN IN COMMUNICATION * IG, OCA 646-386-3500 Left message 6:45pm

PROBLEMATIC IN PREVIOUS CASE * 2 twice 6.23 pm * 10/2/19 same

* Picked Juror who * works for ACS knowing T.O.P. might come up * IG, OCA BIAS ✓ Left message 6:38pm 9/15 646-386-3507

Defective TB. 30, 35

* minutes from Jury Selection *