UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANTHONY F. DEBELLIS aka GIANFRANCO,

                        Plaintiff,

                        19-CV-8730 (JMF)

     -v-

                        ORDER

LT. WHITE #18909,

                        Defendant.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has received two letters from Plaintiff Anthony Debellis, dated June 15, 2020, one of which purports to an "amendment." See ECF No. 25-26. It is unclear, however, if Debellis had the benefit of the Court's February 13, 2020 Memorandum Opinion and Order directing him to file an amended complaint when he prepared his letters, as the Court had reason to believe that Debellis did not initially receive and it and directed that the Clerk of Court resend it by Order dated June 26, 2020. *See* ECF No. 24. In light of the foregoing, and to avoid confusion, Debellis is granted leave to file a new amended complaint in accordance with the Court's prior Orders by July 27, 2020. If he does so, the Court will disregard his June 15, 2020 submissions as moot; if he does not, the Court will treat his June 15 submissions as a supplemental pleading in accordance with Rule 15(d) of the Federal Rules of Civil Procedure.

       The Clerk of Court is directed to mail a copy of this Order to Mr. Debellis and his sister at the addresses below.

       SO ORDERED.

Dated: July 8, 2020
      New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge

Mail to:  Anthony F. "Gianfranco" Debellis
             B+C 895200046
             Rikers Island
             18-18 Hazen St.
             East Elmhurst, New York 11370

             Susanna Debellis
             2420 Lurting Avenue
             Bronx, New York 10469