UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :

ANTHONY F. DEBELLIS aka GIANFRANCO,    :

                          Plaintiff,                     :

                                                       :      19-CV-8730 (JMF)

        -v-                                                  :

                                                       :      <u>ORDER</u>

LT. WHITE #18909,                                  :

                        Defendant.                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It has come to the Court's attention that Plaintiff Anthony Debellis may not have received a copy of the Memorandum Opinion and Order dated February 13, 2020, *see* ECF No. 18, or the several other related Orders, ECF Nos. 24 & 27, in which he was given leave to amend his complaint and to which a blank Second Amended Civil Rights Complaint was attached. Out of an abundance of caution, Mr. Debellis shall have **45 days from the date of this Order** to amend his complaint in accordance with the Memorandum Opinion and Order.

       Debellis's represents that he is being held at Mohawk Correctional Facility and not Ulster Correctional Facility, and has also authorized his sister Susanna Debellis to receive mail on his behalf. *See* ECF No. 30. Accordingly, the Clerk of Court is directed to mail a copy of this Order **and** the February 13th Memorandum Opinion and Order (ECF No. 18) to Mr. Debellis and his sister at the addresses below.

       SO ORDERED.

Dated: August 6, 2020
       New York, New York                                    JESSE M. FURMAN
                                                               United States District Judge

Mail to:  Anthony F. "Gianfranco" Debellis
            DIN 19R2419
            Mohawk Correctional Facility
            6514 Rt. 26
            P.O. Box 8451
            Rome, New York 13442

            Susanna Debellis
            2420 Lurting Avenue
            Bronx, New York 10469