UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS,                                               :
                                                                   :
                              Plaintiff,                           :     19-CV-8730 (JMF)
                                                                   :
              -v-                                                  :     VALENTIN ORDER
                                                                   :
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff, who is appearing *pro se* and proceeding *in forma pauperis*, brings this action under 42 U.S.C. § 1983, alleging that officers employed with the New York City Police Department ("NYPD") violated his constitutional rights. On May 5, 2022, the New York City Law Department informed the Court that Defendant Flynn could be served at 1 Police Plaza because the NYPD had received a designation of agent for process form from him. *See* ECF No. 67. Accordingly, the Court issued an Order of Service directing the United States Marshals Service ("USMS") to effect service on Defendant Flynn. ECF No. 68. The Court has since been informed that the USMS is unable to effectuate service with the limited identification information available (last name and partial badge number).

     Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Id.* at 76. The New York City Law Department has already identified Defendant Flynn. It is therefore ordered that the Law Department provide sufficient information to allow the USMS to serve Defendant Flynn, including his full name and full badge number. The New York City Law Department shall provide this information to Plaintiff and the Court **within 14 days of the date of this Order**.

     The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: August 9, 2022
       New York, New York
                                          JESSE M. FURMAN
                                      United States District Judge