UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
ANTHONY F. DEBELLIS,          :
          Plaintiff,          :
          :
     -v-          :     19-CV-8730 (JMF)
          :
          :     <u>ORDER</u>
P.O. SOLOMAN, et al.,          :
          :
         Defendants.         :
          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 21, 2023, Defendants filed a letter-motion with respect to Plaintiff's alleged failure to comply with his discovery obligations. *See* ECF No. 82. The Court will hold a telephone conference on **March 9, 2023**, at **10:00 a.m.**, to address the letter-motion. The Warden or other official in charge of the Wallkill Correctional Facility is ORDERED to produce Plaintiff, prisoner Anthony Debellis, Identification No. 19R2419, at a suitable location within Wallkill Correctional Facility equipped with a telephone, for the purpose of participating by telephone in the conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling (212) 805-0282.

      To access the conference, the parties should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. Defense counsel are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), including Rule 3(B)(i), which requires

counsel, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

Counsel for defendants shall (1) transmit this Order to the Warden forthwith; (2) contact the Wallkill Correctional Facility forthwith to arrange the call at the above time and date; and (3) if necessary, telephone the conference line listed above with the plaintiff on the line at the time and date of the conference.

Plaintiff is invited (but not required) to file a response to Defendants' letter-motion by **March 7, 2023**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 23, 2023
      New York, New York

                                            JESSE M. FURMAN
                                         United States District Judge