UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ANTHONY F. DEBELLIS,                                             :
                                                                 :
                          Plaintiff,                             :
                                                                 :      19-CV-8730 (JMF)
          -v-                                                    :
                                                                 :      ORDER
48TH PRECINCT DETECTIVE NASH, et al.,                            :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiff's deadline to respond to the request for production of medical releases is extended to **March 23, 2023**. Plaintiff's deadline to respond to all other discovery requests, including for production of his sister's affidavit, is extended to **April 9, 2023**.

- The close of fact discovery is extended to **June 9, 2023**.

- Failure by Plaintiff to comply with discovery obligations may result in sanctions, up to and including dismissal of the case.

**The aforementioned deadlines will not be extended.**

As ordered by this Court's November 9, 2022 Order, *see* ECF No. 81, no later than seven days after the close of discovery, each party shall file a letter with the Court indicating whether the party intends to file a motion for summary judgment in the case. Any motion for summary judgment must be filed and served within 30 days of the close of discovery. If a motion is filed, any opposition must be filed and served within 30 days of the motion being filed. Reply papers, if any, must be filed and served within two weeks of the opposition is filed. If defendant files a motion for summary judgment, it shall provide Plaintiff with a "Notice For Pro Se Litigants Regarding Opposition to a Summary Judgment Motion" pursuant to Local Civil Rule 56.2.

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

Dated: March 9, 2023
       New York, New York                         _____
                                                  JESSE M. FURMAN
                                                  United States District Judge