UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ANTHONY F. DEBELLIS,

                                                Plaintiff,

                -against-

ANDREW NASH and JAMES FLYNN,

                                                Defendants.

------------------------------------------------------------------- X

**ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION**

19 Civ. 8730 (JMF)

**THE HONORABLE JESSE M. FURMAN, United States District Judge:**

Upon the application of Defendants for leave to take the deposition of Plaintiff ANTHONY F. DEBELLIS (DIN:19-R-2419), an incarcerated person, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Wallkill Correctional Facility produce incarcerated person Anthony F. Debellis (DIN: 19-R-2419), for the taking of his deposition by video conference on June 7, 2023 commencing at 10 am, and for so long thereafter as the deposition continues; (2) that Plaintiff Anthony F. Debellis (DIN: 19-R-2419) appear in such place as designated by the Warden or other official in charge of the Wallkill Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by Defendants as well as the attorney for Defendants.

Dated: New York, New York
            _____May 24_____, 2023

SO ORDERED

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate ECF No. 87 and to mail a copy of this order to Plaintiff. Defendants are directed to timely provide a copy of this order to the Warden or other official in charge of the Wallkill Correctional Facility.