```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY F. DEBELLIS,

                      Plaintiff,        **ORDER**

      -v-                                19-CV-8730 (JMF) (JLC)

48TH PRECINCT DETECTIVE NASH,
*et al.*,

                     Defendants.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     Following the settlement conference in this case on July 27, 2023, the Court made a settlement proposal to the parties. Counsel for the defendants reported to the Court last week that the defendants accept the Court's proposal, and the Court today received a letter from the plaintiff, who is incarcerated and is proceeding pro se, that he is willing to accept the Court's proposal as well. Accordingly, the parties have reached a settlement in principle. I will report the settlement to Judge Furman, and I expect that he will issue a 30-day order of dismissal while the parties finalize their settlement, including their stipulation of settlement and release.

     **SO ORDERED.**

Dated: August 7, 2023
       New York, New York

                                                               _____
                                                               JAMES L. COTT
                                                              United States Magistrate Judge