UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS,                                               :
:
Plaintiff,                                 :
:    19-CV-8730 (JMF)
-v-                                         :
:    ORDER
:
48TH PRECINCT DETECTIVE NASH et al.,                               :
:
Defendants.                                :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the October 24, 2023 telephone conference:

- Defendants shall file any motion to enforce settlement or, if they determine such a motion would not be colorable, any motion for summary judgment **within 30 days of the date of this Order**. Plaintiff shall file any opposition to any motion within 30 days thereafter, and Defendants shall file any reply within two weeks of the filing of Plaintiff's opposition. If Defendants move to enforce the settlement, and such motion is denied, they shall file any motion for summary judgment within 30 days of the Court's ruling; any opposition to such a motion would be due within 30 days of the motion; and any reply would be due within two weeks of any opposition.

- The parties are encouraged to continue settlement discussions and shall inform the Court if they believe it would be fruitful to have another settlement conference before Magistrate Judge Cott.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 24, 2023
       New York, New York                          _____
                                                   JESSE M. FURMAN
                                                   United States District Judge