UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS, :
:
Plaintiff, :
: 19-CV-8730 (JMF)
-v- :
: ORDER
48TH PRECINCT DETECTIVE NASH et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Plaintiff's sister advised the Court by e-mail that he has been relocated to the **Eric M. Taylor Center (EMTC), 10-10 Hazen Street, East Elmhurst, NY 11370** (Booking No: 8252301529), which the Court independently confirmed through the NYS Inmate locator. Plaintiff is reminded that **he** is required to update the Court if his address changes; the Court cannot accept communications, let alone e-mails, from non-parties.

    In light of his relocation, Plaintiff is granted a two-week extension of the deadline to file his opposition to Defendants' motion to enforce settlement. Accordingly, Plaintiff's opposition is now due **January 18, 2024**; Defendants' reply is due two weeks thereafter, **February 1, 2024**.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the above address and to update his address on the docket accordingly.

    SO ORDERED.

Dated: December 12, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge