UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS, :
:
:
Plaintiff, :
: 19-CV-8730 (JMF)
-v- :
: ORDER
:
48TH PRECINCT DETECTIVE NASH et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has been notified that its November 20, 2023 Order granting Defendants' consent letter motion for extension of time to file their motion to enforce the settlement, ECF No. 104, was not successfully delivered to Plaintiff. As noted in the Court's Order yesterday, Plaintiff has been relocated to a new address, ECF No. 108, which likely explains why the previously mailed order was returned to sender. It also appears that Defendants served their motion to enforce and supporting materials upon Plaintiff at his previous address, ECF No. 107 — accordingly, Defendants shall serve Plaintiff with the same materials at his new address, reflected on the docket and copied below, by tomorrow, **December 14, 2023**, and file proof of such service by the following day.

      Additionally, the Clerk of Court is directed to mail a copy of the Court's November 20, 2023 Order, **ECF No. 104**, as well as a copy of **this Order**, to Plaintiff at his new address now reflected on the docket (**Eric M. Taylor Center (EMTC), 10-10 Hazen Street, East Elmhurst, NY 11370**). To be clear, the deadlines reflected in the Court's earlier Order, ECF No. 104, are now moot given that Defendants' motion has been filed and the Court has granted Plaintiff a further extension to file his opposition to Defendants' motion, ECF No. 108. Plaintiff's opposition is due **January 18, 2024**, and Defendants' reply is due **February 1, 2024**.

      SO ORDERED.

Dated: December 13, 2023
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge