UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS,                                              :
:
:
                        Plaintiff,                                :
:                   19-CV-8730 (JMF)
           -v-                                                    :
:                      ORDER
:
48TH ORECINCT DETECTIVE NASH et al.,                              :
:
                        Defendants.                               :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Earlier today, the Court received mailed copies of two letters from Plaintiff: one dated November 24, 2023, indicating that his conviction had been overturned and that he expected to be transferred to City custody pending release, and one dated December 5, 2023, notifying the court that he had in fact been transferred, providing his new address (now already reflected on the docket, *see* ECF Nos. 108-109), and indicating that he has a scheduled court appearance on December 20, 2023.  Copies of these letters are attached to this Order.

      Plaintiff is reminded to update the Court if his address changes again (including if or when he is released) and is also reminded that all submissions should be sent to the Pro Se Intake Unit, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or emailed to Pro_Se_Filing@nysd.uscourts.gov, rather than mailed to Chambers.

      The Clerk of Court is directed to mail a copy of this Order (without the attached letters) to Plaintiff.

      SO ORDERED.

Dated: December 14, 2023
      New York, New York                          _____
                                                     JESSE M. FURMAN
                                               United States District Judge

United States Courthouse                 November 24, 2023
S.D.N.Y.

Su: DeGellis (19cv8730 JMF)   NYSID# 19R2419
*Notice of Conviction reversal/pending Transfer*

To: Hon. Judge Jesse M. Furman

Your honor,

    I am writing to inform the Court that the current conviction I am incarcerated for has been reversed by the NYS Court of Appeals. I was notified officially on 11-21-2023 by the Attorney of matter and expect to be transferred back to City custody pending release the week following Thanksgiving. I am not sure of this changes anything in this matter because this case ind. 2125-2020 was indeed part of the complaint and now were talking about possibly spending over 5 years in prison for innocence. I have notified Ms. Shapovalova by mail and email thru my sister Susanna DeGellis. I will inform the parties of changes as soon as possible as they occur. Thank you kindly.

                                Very Truly Yours, [signature]



*LEGAL MAIL*
*Time Sensitive*
*Confidential*

**WALLKILL CORRECTIONAL FACILITY**
ROUTE 208, BOX G
WALLKILL, NEW YORK 12589-0286

NAME: [signature]
DIN: 19R2419

*LEGAL-MAIL*
11-24-2023
—URGENT—
TIME SENSITIVE

**Attn: Hon. Judge Jesse M. Furman (Chambers)**

United States Courthouse SDNY
USDC
SDNY
500 Pearl Street
New York, New York 10007

United States Courthouse  12-5-2023
SDNY, 500 Pearl St.
NY, NY 10007

TO: Hon. Jesse M. Furman
Fr: DeCellis Anthony, #8252301529
Su: 19 CV 8730 JMF, ADRESS change
due to full reversal.

Dear Your honor,

Due to a full reversal of my conviction, ind. 2125-2018 explained in this case earlier, I am now located on Rikers Island at the EMTC complex, 10-10 Hazen street, Queens New York 11370, housing unit Flower. I have a court date set for the 20th of December 2023 for which I hope to be released. I will keep the Court and Ms. S. from the City informed and apologize for any inconvenience. However, I've been saying all along that I was innocent of the charges which now has cost me over 5 yrs of my life. I am also not sure if this changes anything related to the case but I hope it does for the better.

Thank you kindly!

Anthony AKA Gianfranco DeCellis
B+C #8252301529, Flower
10-10 Hazen St. (EMTC)
Queens, New York 11370

Very Truly Yours,
Anthony DeCellis

** Please send copy electronically to NYC Law Dept. Ms. Shapolovola, Iana, ESQ *

DeBellis Anthony. G   LEGAL MAIL
#8252301529 (7 Lower)   * CONFIDENTIAL *
EMTC. 10-10 HAZEN ST.
Queens, N.Y. 11370

United States Courthouse S.D.N.Y.
** Att: Chambers, Hon. Jesse M. Furman **
500 Pearl Street
New York, New York 10007

12-5-2023
LEGAL MAIL *
TIME SENSITIVE