UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS, :
:
Plaintiff, :
: 19-CV-8730 (JMF)
-v- :
: ORDER
48TH PRECINCT DETECTIVE NASH et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

A letter from Plaintiff dated January 12, 2024, was docketed on Wednesday, indicating that he has been released and informing the Court of his new address. *See* ECF No. 112. In that letter, Plaintiff indicated that he had sent his opposition to Defendants' motion to enforce to the Court "on or about December 18, 2023." *Id.* However, to date the Court has not received any opposition. Additionally, given that Plaintiff requests all correspondence dating back to December 14, 2023, be sent to his new address, *see id.*, and Defendants served their motion and supporting materials on that same date upon Plaintiff at a prior address, *see* ECF No. 110, it is unclear whether these materials in fact reached Plaintiff.

Accordingly, Defendants shall serve their motion to enforce and supporting materials upon Plaintiff at his new address (2420 Lurting Avenue, Bronx, NY 10469) no later than **Monday, January 22, 2024**, and Plaintiff shall submit (or re-submit) his opposition to that motion no later than **February 23, 2024**. Defendants' reply, if any, shall be due **March 1, 2024**. Plaintiff is reminded that he may submit filings in PDF format to the Pro Se Intake Unit by email at Pro_Se_Filing@nysd.uscourts.gov.

Finally, the new address provided by Plaintiff appears to be incorrectly transcribed on the docket as "Lurtino Avenue" rather than the correct "Lurting Avenue." The Clerk of Court is therefore directed to amend Plaintiff's address on the docket, and to mail a copy of this Order, to the following:

**2420 Lurting Avenue, Bronx, NY 10469**

SO ORDERED.

Dated: January 19, 2024
New York, New York                                      _____
                                                         JESSE M. FURMAN
                                                         United States District Judge