UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
ANTHONY F. DEBELLIS,  :
 :
                    Plaintiff,  :
 :   19-CV-8730 (JMF)
   -v-  :
 :   ORDER
48TH PRECINCT DETECTIVE NASH et al.,  :
 :
                  Defendants.  :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Yesterday, the Court received a copy of Plaintiff's opposition to Defendants' motion to enforce settlement, dated January 12, 2024. *See* ECF No. 114. Accordingly, the letter docketed at ECF No. 114 is deemed Plaintiff's operative opposition, and Defendants shall submit any reply no later than **February 6, 2024**.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: January 23, 2024
       New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge