UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS,                                                    :
                                                                        :
                                Plaintiff,                              :
                                                                        :        19-CV-8730 (JMF)
        -v-                                                             :
                                                                        :        ORDER
48TH PRECINCT DETECTIVE NASH et al.,                                    :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court will hold a telephone conference to address Defendants' motion to enforce settlement, ECF No. 105, on **Friday**, **February 16, 2024**, at **10:00 a.m.** The parties should be prepared to address, among other things, whether the Court should enforce the parties' settlement but construe it to involve release only of the one remaining claim in this case. *See, e.g.*, ECF No. 106 ("Defs.' Mem."), at 7-8 ("Here, there can be no question as to which claims were being resolved *as Plaintiff has only one claim remaining in this case following the Court's decision on the Defendants' motion to dismiss . . . .*" (emphasis added)).

       To access the conference, the parties should call 888-363-4749 and use access code 5421540#. Members of the press and public may call the same number, but will not be permitted to speak during the conference. No later than 24 hours before the conference, defense counsel shall send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of those who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff. Defense counsel are directed to promptly attempt to contact Plaintiff directly by telephone or any other means available to make sure Plaintiff has notice of this Order and the upcoming conference.

       SO ORDERED.

Dated: February 8, 2024
       New York, New York                      _____
                                                                      JESSE M. FURMAN
                                                                 United States District Judge