

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**INNA SHAPOVALOVA**
*Senior Counsel*
Tel.: (212) 356-2656
Fax: (212) 356-3509
inshapov@law.nyc.gov

February 12, 2024

**By ECF**
Honorable Jesse M. Furman
United Stated District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: <u>Debellis v. 48th Precinct Detective Nash et al.</u>,
       19 Civ. 8730 (JMF)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and the attorney representing defendants Andrew Nash and James Flynn in the above-referenced matter. The undersigned respectfully writes to request an adjournment of the conference currently scheduled for February 16, 2024 at 10 a.m. This is the first request of this kind and plaintiff *pro se* Anthony F. Debellis consents to this request.

    As the Court is aware, on February 8, 2024, Your Honor issued an Order scheduling a conference for February 16, 2024 at 10 a.m. to address defendants' motion to enforce settlement. <u>See</u> ECF No. 118. Due to the undersigned being scheduled to appear at an in-person conference in the matter of <u>Spry v. City of New York, et al.</u>, 23 Civ. 7983 (S.D.N.Y) on February 16, 2024 at 11 a.m., the undersigned respectfully requests that the Court adjourn the February 16th conference to either later that day after 12:30 p.m. or to a date and time convenient for the Court after February 19, 2024.[1]

---

[1] The undersigned respectfully notes that I am scheduled to be out-of-office on February 26, 2024 and I am scheduled to appear at a conference in another matter on February 22, 2024 at 3 p.m.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

cc:     **BY FIRST CLASS MAIL**
        Anthony F. Debellis
        *Plaintiff pro se*
        2420 Lurting Avenue
        Bronx, NY 10469

Application GRANTED.  The telephone conference scheduled for **February 16, 2024**, at 10:00 a.m. is hereby RESCHEDULED to **1:00 p.m. on the same day**.  The call-in information remains the same.  The Clerk of Court is directed to terminate ECF No. 119 and mail a copy of this Order to Plaintiff.  Defense counsel are directed to immediately contact Plaintiff by any means available to ensure that he has notice of the new conference time.

SO ORDERED.

February 12, 2024

---

Additionally, at the time the undersigned conferred with plaintiff regarding this request, plaintiff indicated that he is not available to participate in a conference on March 1, 2024.