UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ANTHONY F. DEBELLIS,                                               :
:
                      Plaintiff,                          :
:      19-CV-8730 (JMF)
         -v-                                                      :
:        ORDER
48TH PRECINCT DETECTIVE NASH et al.,                               :
:
                      Defendants.                          :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 10, 2024, the Court received a letter from Plaintiff, dated June 7, 2024, indicating that the settlement has yet to be consummated. *See* ECF No. 130. On June 12, 2024, Defendants filed a letter in response, indicating that they received the remainder of settlement documents from Plaintiff on May 7, 2024, and had informed Plaintiff twice that the settlement payment would be processed "within 90 days of receipt of all of the required settlement paperwork as indicated in the settlement paperwork." *See* ECF No. 131.

       Assuming that representation of the timeline provided and agreed to in the paperwork is accurate, the settlement must be processed no later than August 5, 2024. Unless that date passes and Defendants have yet to consummate the settlement, Plaintiff shall refrain from filing further letters in this case. Needless to say, the parties are directed to continue to work expeditiously and cooperatively to consummate the settlement as soon as practicable.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: June 14, 2024                           _____
      New York, New York                      JESSE M. FURMAN
                                          United States District Judge